STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. HARRY KOCH, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Barnett E. Hoffman* for the respondent.

February 13, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM C. TOBIAS, DEFENDANT-PETITIONER.

*Mr. William Tobias, in propria persona.*

*Mr. John G. Thevos* and *Mr. Robert Altshuler* for the respondent.

February 13, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JORGE LUIS MERCADO RAMOS, DEFENDANT-PETITIONER.

*Mr. Jorge Luis Mercado Ramos, in propria persona.*

*Mr. Vincent Panaro* and *Mr. Albert M. Stark* for the respondent.

February 13, 1969. Denied.